**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 145 WAL 2014
: 
             Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. : 
: 
: 
: 
KEON CLARK, : 
: 
             Petitioner : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 20th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.